# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

THOMAS EARL WILLIAMS                                    PLAINTIFF

v.                          No. 4:21-cv-889-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County                                          DEFENDANTS

## ORDER

Williams's motion to dismiss, *Doc. 6*, is denied as moot.  The case was dismissed on 16 November 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2021